NUMBERS 13-01-414-CR and 13-01-415-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


ELIAS GONZALEZ , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam



 Appellant, ELIAS GONZALEZ , perfected appeals from judgments entered by the 105th District Court of Nueces
County, Texas, in cause numbers 00-CR-1467-D and 00-CR-3771-D . On April 10, 2003 , these causes were abated, and
the trial court was directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings
and recommendations were received on June 17, 2003 . The trial court found that the appellant does not wish to prosecute
his appeals.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion
that the appeals should be dismissed. The appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 3rd day of July, 2003 .